**IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | : | |
|    Jerry Eshelman, and | : | Case No. 04-68871 |
|    Christie L. Eshelman | : | Chapter 7 |
| | : | Judge Preston |
|               Debtors. | : | |

**NOTICE TO THE CLERK OF SMALL DIVIDENDS AND UNCLAIMED FUNDS**

**TO THE CLERK OF COURT:**

     The attached check in the amount of $987.74 cents represents the sum of unclaimed and small dividends in this estate and is paid to the Court pursuant to 11 U.S.C. §347(a) and FRBP 3010. The name(s) and addresses of the parties entitled to those unclaimed dividends are as follows:

| Creditor Name and Address | Claim Number | Amount of Dividend |
|---|---|---|
| Tate & Kirlin<br>2810 Southampton Rd.<br>Philadelphia, PA  19154 | #3 | $644.14 |
| Tate & Kirlin<br>2810 Southampton Rd.<br>Philadelphia, PA  19154 | #3 | $343.60<br>Interest |

| Total Unclaimed/Small<br>Dividends $25.00 or Under | Total Unclaimed<br>Dividends Over $25.00 |
|---|---|
| $ 0.00 | $ 987.74 |

Dated: July 28, 2010

                                                                         /s/   Myron N. Terlecky
                                                                  Myron N. Terlecky, Trustee